IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE BELL, individually and on behalf of all others similarly situated, | Civil Action No. 1:21-cv-06850-MKB-PK |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| CVS PHARMACY, INC. | |
| Defendant. | |

To Clerk of Court and All Parties of Record:

    Please enter my appearance for Defendant CVS Pharmacy, Inc. in the above-captioned matter.  I hereby certify that I was admitted *pro hac vice* in this matter on March 8, 2022.

Dated:    March 14, 2022

Respectfully submitted,

*s/ Laura E. Kogan*
Laura E. Kogan (OH 0087453)
(*Admitted Pro Hac Vice*)
Elliot M. Smith (ES1956)
James E. von der Heydt (OH 0090920)
(*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  lkogan@beneschlaw.com
        esmith@beneschlaw.com
        jvonderheydt@beneschlaw.com

*Attorneys for Defendant CVS Pharmacy, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Laura E. Kogan*
Laura E. Kogan
*Attorney for Defendant CVS Pharmacy, Inc.*
