# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE BELL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CVS PHARMACY, INC.<br><br>　　　　　　Defendant. | Civil Action No. 1:21-cv-06850-MKB-PK<br><br>**NOTICE OF APPEARANCE** |

To Clerk of Court and All Parties of Record:

　　　Please enter my appearance for Defendant CVS Pharmacy, Inc. in the above-captioned matter. I hereby certify that I was admitted *pro hac vice* in this matter on March 11, 2022.

Dated:  March 18, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/ James E. von der Heydt*
　　　　　　　　　　　　　　　　　　　James E. von der Heydt (OH 0090920)
　　　　　　　　　　　　　　　　　　　(*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　Elliot M. Smith (ES1956)
　　　　　　　　　　　　　　　　　　　Laura E. Kogan (OH 0087453)
　　　　　　　　　　　　　　　　　　　(*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　BENESCH, FRIEDLANDER, COPLAN &
　　　　　　　　　　　　　　　　　　　　ARONOFF LLP
　　　　　　　　　　　　　　　　　　　200 Public Square, Suite 2300
　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114-2378
　　　　　　　　　　　　　　　　　　　Telephone:  216.363.4500
　　　　　　　　　　　　　　　　　　　Facsimile:  216.363.4588
　　　　　　　　　　　　　　　　　　　Email:  jvonderheydt@beneschlaw.com
　　　　　　　　　　　　　　　　　　　　　　　esmith@beneschlaw.com
　　　　　　　　　　　　　　　　　　　　　　　lkogan@beneschlaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant CVS Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

   I hereby certify that on March 18, 2022, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                *s/ James E. von der Heydt*
                James E. von der Hedyt
                *Attorney for Defendant CVS Pharmacy, Inc.*

15500832 v1