

Laura E. Kogan
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Direct Dial:  216.363.4518
Fax:  216.363.4588
lkogan@beneschlaw.com

March 25, 2022

**VIA ELECTRONIC FILING**
The Honorable Peggy Kuo, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

    Re:    *Bell v. CVS Pharmacy, Inc.*
            Case No.: 1:21-cv-06850-MKB-PK
            Letter Motion Seeking Twenty-One (21) Day Extension and Adjournment

Dear Judge Kuo:

    On behalf of Plaintiff Monique Bell and Defendant CVS Pharmacy, Inc., counsel jointly writes to request that the Court adjourn the Initial Conference until May 6, 2022 and extend the Proposed Discovery Plan filing deadline until April 29, 2022.

    This is the second joint request for an extension of these deadlines. (*See* Electronic Order setting the Proposed Discovery Plan deadline for April 8 and scheduling the Initial Conference for April 15.) An extension will allow the parties to further investigate the matter. The parties agree that it is appropriate to extend the time to conserve resources and forestall the expenditure of unnecessary resources. There are no other scheduled deadlines or appearances, and thus this extension of time will not serve to delay the matter.

    The parties consent to the requested extension and adjournment, and this request is being made at least two business days before the Proposed Discovery Plan and Initial Conference.

    We thank the Court for its time and attention to this matter.

Sincerely,

BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP

*Laura E. Kogan*

Laura E. Kogan

15537707 v1