IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE BELL, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>CVS PHARMACY, INC.<br><br>            Defendant. | Civil Action No. 1:21-cv-06850-MKB-PK<br><br>NOTICE OF APPEARANCE |

To Clerk of Court and All Parties of Record:

    Please enter my appearance for Defendant CVS Pharmacy, Inc. in the above-captioned matter. I hereby certify that I was admitted *pro hac vice* in this matter on April 26, 2022.

Dated:  April 26, 2022                             Respectfully submitted,

                                                  *s/ Mark S. Eisen*
                                                  Mark S. Eisen (IL 6312738)
                                                  (Admitted Pro Hac Vice)
                                                  BENESCH, FRIEDLANDER, COPLAN &
                                                    ARONOFF LLP
                                                  71 South Wacker Drive, Suite 1600
                                                  Chicago, Illinois 60606
                                                  Telephone: 312.212.4949
                                                  Facsimile: 312.767.9192
                                                  Email: meisen@beneschlaw.com

                                                 *Attorneys for Defendant CVS Pharmacy, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2022, a copy of the foregoing *Notice of Appearance* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      *s/ Mark S. Eisen*
      Mark S. Eisen
      *Attorney for Defendant CVS Pharmacy, Inc.*