

Laura E. Kogan
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Direct Dial:  216.363.4518
Fax:  216.363.4588
lkogan@beneschlaw.com

May 3, 2022

**VIA ELECTRONIC FILING**

The Honorable Peggy Kuo, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

    Re:    *Bell v. CVS Pharmacy, Inc.*
              Case No.: 1:21-cv-06850-MKB-PK
              *Joint Letter Motion Seeking to Attend the Initial Conference In Person*

Dear Judge Kuo:

On behalf of Plaintiff Monique Bell and Defendant CVS Pharmacy, Inc., counsel jointly write in advance of the Initial Conference, presently scheduled for May 9, 2022, to seek permission to attend in person. (*See* Docket at March 25, 2022.)

With this Court's permission, the Parties would appreciate the opportunity to appear in person at the Initial Conference. Counsel will act in accordance with Covid-19 protocols.[1] *Gugino v. City of Buffalo*, No. 21-CV-283V(F), 2021 WL 5239901, at *4 (W.D.N.Y. Nov. 10, 2021) ("The court recommends the conference be conducted in person in accordance with Covid-19 protocols"). We thank the Court for its time and attention.

                                          Sincerely,

                                          BENESCH, FRIEDLANDER,
                                            COPLAN & ARONOFF LLP

                                          Laura E. Kogan

---

[1] *See also Esposito v. Info. Tech. Corp. of the Tri-States*, No. 19 CV 2025 (VB), 2022 WL 1155917, at *10 (S.D.N.Y. Apr. 19, 2022) ("The Court will conduct a case management conference on May 20, 2022, [and the] conference will be held in person"); *Jordache Enterprises, Inc. v. Affiliated FM Ins. Co.*, No. 21-CV-5433 (RA), 2022 WL 986109, at *7 (S.D.N.Y. Mar. 31, 2022) ("By May 6, 2022, the parties shall submit a joint letter [] indicating whether they prefer the conference to be held in person or by video.").