

Laura E. Kogan  
200 Public Square, Suite 2300  
Cleveland, Ohio 44114-2378  
Direct Dial:  216.363.4518  
Fax:  216.363.4588  
lkogan@beneschlaw.com

May 18, 2022

**VIA ELECTRONIC FILING & EMAIL**
Adrian Gucovschi
Gucovschi Rozenshteyn, PLLC
630 Fifth Avenue, Suite 2000
New York, New York 10111
Email: adrian@gr-firm.com

Joseph Ignatius Marchese
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
Email: jmarchese@bursor.com

*Attorneys for Plaintiff Monique Bell*

    Re:    *Bell v. CVS Pharmacy, Inc.*
           Case No.: 1:21-cv-06850-MKB-PK
           <u>Cover Letter Re: Defendant CVS Pharmacy, Inc.'s Motion for Judgment on the Pleadings</u>

Dear Counsel:

    As you know, we represent the Defendant, CVS Pharmacy, Inc. ("CVS"), in the above-captioned matter.  Enclosed, please find a copy of CVS's Notice of Motion for Judgment on the Pleadings and accompanying Memorandum in Support thereof.  Per Judge Margo K. Brodie's standing orders, a copy of this letter will be filed electronically.

                                          Sincerely,

                                          BENESCH, FRIEDLANDER,
                                            COPLAN & ARONOFF LLP

                                            */s/ Laura E. Kogan*

                                            Laura E. Kogan

Enclosures:
Encl. 1 - CVS's Notice of Motion for Judgment on the Pleadings
Encl. 2 - CVS's Memorandum in Support
Encl. 3 - Exhibit A to CVS's Memorandum in Support