**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

MONIQUE BELL, *on behalf of herself and all others similarly situated*,

                Plaintiff,

  v.

CVS PHARMACY, INC.,

                Defendant.

CASE NO.  21-cv-06850-HG-PK

---

### DEFENDANT CVS PHARMACY, INC.'S
### NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS
### ORAL ARGUMENT REQUESTED

**PLEASE TAKE NOTICE** that, upon the accompanying *Memorandum in Support of Motion for Judgment on the Pleadings* and Exhibit A thereto, and upon all pleadings and proceedings heretofore, Defendant CVS Pharmacy, Inc. ("Defendant") respectfully moves this Court for an Order pursuant to Fed. R. Civ. P. 12(c) granting judgment in favor of Defendant over the entirety of Plaintiff's Complaint, with prejudice, together with such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant requests for the motion to be heard before the Honorable Judge Hector Gonzalez at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a time and date to be set by the Court. Attorney Laura Kogan, who will argue the Motion on behalf of Defendant, meets the criteria described in Section II.B of Judge Gonzalez's Individual Practices.

**PLEASE TAKE FURTHER NOTICE**, as per the directives of the Court, opposition to

this motion is to be filed on or before June 17, 2022, with reply papers to be filed on or before July 1, 2022.

Dated: May 26, 2022                                        Respectfully submitted,

                                    **BENESCH, FRIEDLANDER,**
                                    **COPLAN & ARONOFF LLP**

By: */s/ Laura Kogan*
Laura Kogan (admitted *pro hac vice*)
Elliot Smith (No.  ES1956)
James von der Heydt (admitted pro hac vice)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
200 Public Square, Ste 2300
Cleveland, OH 44144
Telephone:  (216) 363-4518

Mark S.  Eisen (admitted *pro hac vice*)
Emily Jaye Johnson (*pro hac vice* forthcoming)
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
71 S.  Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone:  (312) 212-4949

*Counsel for CVS Pharmacy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, a copy of the foregoing *Defendant CVS Pharmacy, Inc.'s Notice of Motion for Judgment on the Pleadings* was filed with the Clerk of the Court and served in accordance with the Eastern District of New York's Rules on Electronic Service upon the following parties and participants:

>Adrian Gucovschi
>Gucovschi Rozenshteyn, PLLC
>630 Fifth Avenue, Suite 2000
>New York, New York 10111
>Email: adrian@gr-firm.com
>
>Joseph Ignatius Marchese
>Bursor & Fisher, P.A.
>888 Seventh Avenue
>New York, NY 10019
>Email: jmarchese@bursor.com
>
>*Attorneys for Plaintiff Monique Bell*

       *s/ Laura E. Kogan*
       Laura E. Kogan
       *Attorney for Defendant CVS Pharmacy, Inc.*