

Laura E. Kogan
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Direct Dial:  216.363.4518
Fax:  216.363.4588
lkogan@beneschlaw.com

September 29, 2022

**VIA ELECTRONIC FILING**
The Honorable Peggy Kuo, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Re:    *Bell v. CVS Pharmacy, Inc.*, Case No.: 1:21-cv-06850-HG-PK
*Joint Letter Motion to Adjourn Settlement Conference and Stay Case Pending Mediation*

Dear Judge Kuo:

Plaintiff Monique Bell and Defendant CVS Pharmacy, Inc. (the "Parties") jointly write to request an adjournment of the upcoming settlement conference through November 14, 2022, and to set a status conference at the soonest date thereafter.  On September 28, 2022, the Parties conducted a full day mediation before the Honorable Frank Maas (Ret.).  The Parties' mediation was productive and the Parties are continuing to exhaust their settlement discussions with the assistance of Judge Maas.

On July 15, 2022, the Parties submitted a joint request to stay this action pending mediation. (Dkt. 46.) On July 15, 2022, this Court granted the Parties' motion, and set a settlement conference for October 18, 2022, with *ex parte* settlement statements to be provided by October 7, 2022.  The Parties respectfully request that this conference be adjourned and the stay continued through November 14, 2022 to allow the Parties to fully exhaust their settlement discussions.  The Parties further request that this Court set a status conference at this Court's earliest convenience after November 14, 2022 to allow the Parties to apprise this Court if a resolution was achieved or, if not, to discuss further case management.

This request to continue the stay of proceedings and adjournment of the settlement conference is made in good faith and with no intention of delay.

We thank the Court for its time and attention.

Sincerely,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*Laura E. Kogan*

Laura E. Kogan


BURSOR & FISHER, P.A.


*/s/ Joseph Ignatius Marchese*

Joseph Ignatius Marchese