

Laura E. Kogan
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Direct Dial:  216.363.4518
Fax:  216.363.4588
lkogan@beneschlaw.com

January 6, 2023

**VIA ELECTRONIC FILING**
The Honorable Peggy Kuo, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

  Re: *Bell v. CVS Pharmacy, Inc.*, Case No.: 1:21-cv-06850-HG-PK
    *Joint Letter Motion for Additional Time to Seek Preliminary Approval*

Dear Judge Kuo:

  Plaintiff Monique Bell and Defendant CVS Pharmacy, Inc. (the "Parties") jointly write to request additional time to seek preliminary approval of the forthcoming class action settlement. On September 28, 2022, the Parties conducted a full day mediation before the Honorable Frank Maas (Ret.).  The Parties' mediation was productive and the Parties were able to execute a class action term sheet on December 9, 2022.

  The Parties' current deadline to file the motion for preliminary approval is January 13, 2023.  As a result of the complexity of the settlement and the intervening holidays, the Parties are continuing to work through the class action settlement agreement and related filings.  The Parties respectfully request an additional four weeks, to February 10, 2023, to finalize and file the necessary settlement paperwork.

  This request to continue the stay of proceedings and adjournment of the settlement conference is made in good faith and with no intention of delay.

  We thank the Court for its time and attention.

Sincerely,         Sincerely,

             BENESCH, FRIEDLANDER, COPLAN &
BURSOR & FISHER, P.A.      ARONOFF LLP

*/s/ Joseph Ignatius Marchese*    */s/ Laura E. Kogan*

Joseph Ignatius Marchese     Laura E. Kogan
Attorney for Plaintiff       Attorney for Defendant

20707382 v1