# BURSOR & FISHER
## P.A.

**888 Seventh Avenue**
**Third Floor**
**New York, NY 10019**
www.bursor.com

**Joseph I. Marchese**
Tel: 646.837.7011
Fax: 212.989.9163
jmarchese@bursor.com

2/6/2023

<u>**Via ECF**</u>

The Honorable Peggy Kuo, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Re: *Bell v. CVS Pharmacy, Inc.*, Case No.: 1:21-cv-06850-HG-PK
<u>*Joint Letter Motion for Additional Time to Seek Preliminary Approval*</u>

Dear Judge Kuo:

     The Parties write to request additional time to seek preliminary approval of the forthcoming class action settlement. This request is made in good faith and with no intention of unnecessary delay.

     The Parties' current deadline to file the motion for preliminary approval is February 10, 2023. Since the Court's January 9, 2023 Order directing the Parties to file the motion for preliminary approval of settlement by February 10, 2023, the Parties have made meaningful progress toward settlement. We have agreed on a proposed notice and claims administrator and are in the process of finalizing a draft of the long form settlement agreement with exhibits. Therefore, the Parties respectfully request an additional 42 days, to March 24, 2023, to finalize the settlement agreement and file the motion for preliminary approval. The Parties do not intend to request any further extensions of this deadline.

     Respectfully submitted,

*Joseph I. Marchese*

Joseph I. Marchese

CC:    All counsel of record (via ECF)