

Laura E. Kogan
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Direct Dial:  216.363.4518
Fax:  216.363.4588
lkogan@beneschlaw.com

March 21, 2023

**<u>VIA ELECTRONIC FILING</u>**
The Honorable Peggy Kuo, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

      Re:    *Bell v. CVS Pharmacy, Inc.*, Case No.: 1:21-cv-06850-HG-PK
             *Joint Letter Motion for Additional Time to Seek Preliminary Approval*

Dear Judge Kuo:

Plaintiff Monique Bell and Defendant CVS Pharmacy, Inc. (the "Parties") jointly write to request additional time to seek preliminary approval of the forthcoming class action settlement.

By letter dated February 6, 2023, we advised the Court that the Parties have made meaningful progress toward settlement and are finalizing the class action settlement agreement with exhibits. (Dkt. 51.) In that letter, we also advised the Court that the Parties have agreed on a proposed notice and claims administrator. (*Id*.) The Court extended the deadline to file the motion for preliminary approval of settlement to March 24, 2023.

We now write to advise the Court that the Parties are still in the process of finalizing the class action settlement agreement and related filings. The Parties will continue to work with the administrator to finalize the notice plan and claim form. As a result, the Parties respectfully request an additional four weeks, to April 24, 2023, to finalize and file the necessary settlement paperwork. This request is made in good faith and with no intention of delay.

We thank the Court for its time and attention.

Sincerely,

BURSOR & FISHER, P.A.

*/s/ Joseph Ignatius Marchese*

Joseph Ignatius Marchese
Attorney for Plaintiff

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Laura E. Kogan*

Laura E. Kogan
Attorney for Defendant CVS Pharmacy, Inc.

22418373 v1