

Laura E. Kogan
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Direct Dial:  216.363.4518
Fax:  216.363.4588
lkogan@beneschlaw.com

**VIA ELECTRONIC FILING**

The Honorable Peggy Kuo, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

    Re:    *Bell, et al. v. CVS Pharmacy, Inc.*
            Case No.: 1:21-cv-06850-PK

Dear Judge Kuo:

    On behalf of Plaintiffs Monique Bell, Tree Anderson, and Melissa Conklin ("Plaintiffs") and Defendant CVS Pharmacy, Inc. (collectively the "Parties"), counsel write to respectfully inform the Court of a scheduling conflict that prevents them from appearing on June 7, 2023.  (*See* Docket at June 1, 2023.)  Counsel for the Parties jointly request that the Motion Hearing on the Motion for Preliminary Settlement Approval be rescheduled to June 14, 2023.

    We thank the Court for its time and attention.

Dated: June 2, 2022            Respectfully submitted,

**COUNSEL FOR PLAINTIFFS**      **COUNSEL FOR CVS PHARMACY, INC.**

By: */s/ Joseph Ignatius Marchese*      By: */s/ Laura E. Kogan*

Joseph Ignatius Marchese
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
Email: jmarchese@bursor.com

Laura E. Kogan
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44144
Email: lkogan@beneschlaw.com