

Laura E. Kogan
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Direct Dial: 216.363.4518
Fax: 216.363.4588
lkogan@beneschlaw.com

August 18, 2023

**VIA ELECTRONIC FILING**

The Honorable Peggy Kuo, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

      Re:    *Bell v. CVS Pharmacy, Inc.*
             Case No.: 1:21-cv-06850-PK

Dear Judge Kuo:

On behalf of Plaintiffs Monique Bell, Tree Anderson, and Melissa Conklin ("Plaintiffs") and Defendant CVS Pharmacy, Inc. (collectively the "Parties"), counsel write further to this Court's August 18, 2023 Order. The Parties have conferred and do not see any issue in moving the final approval date to December 19, 2023, or to the following week. This change would not run afoul of the Settlement Agreement and would not impact any other dates.

             Sincerely,

             BENESCH, FRIEDLANDER
             COPLAN & ARONOFF LLP

             *Laura E. Kogan*

             Laura E. Kogan

23149872 v1